FILED

**NOT FOR PUBLICATION**

AUG 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARTURO DE JESUS AGUIRRE-FLORES,<br><br>    Petitioner,<br><br> v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>    Respondent. | No. 13-71528<br><br>Agency No. A029-255-866<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 13, 2014[**]

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

 Arturo De Jesus Aguirre-Flores, a native and citizen of El Salvador, petitions

pro se for review of a Board of Immigration Appeals order dismissing his appeal

from an immigration judge's denial of Aguirre-Flores' motion to reopen

deportation proceedings conducted in absentia. We have jurisdiction under 8

---

 [*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

 [**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen. *Urbina-Osejo v. INS*, 124 F.3d 1314, 1316 (9th Cir. 1997).  We deny the petition for review.

The agency did not abuse its discretion by denying Aguirre-Flores' motion to reopen because he did not demonstrate reasonable cause for failing to attend his 1990 deportation hearing.  *See id.* (motion to reopen in absentia deportation hearing could be granted only if alien demonstrated reasonable cause for missing the hearing).

**PETITION FOR REVIEW DENIED.**